02-147 Zawada v. Bayer Corporation, et al

THIS FAX WAS NOT COMPLETE THE FIRST TIME.

Please note 3 pages.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION**

**MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

**SEYMOUR ZAWADA and YOLANA ZAWADA,**

**Plaintiffs,**

**vs.**

**BAYER CORPORATION, A Foreign Corporation and DRUG TOWNE d/b/a SAVE-A-LOT PHARMACIES, INC., A Florida Corporation,**

**Defendants.**

**Case No. 02-147-MJD**

---

**ORDER APPROVING STIPULATION DISMISSING DEFENDANT DRUG TOWNE WITH PREJUDICE AND PLAINTIFFS' VOLUNTARY WITHDRAWAL OF MOTION TO REMAND AS MOOT**

THIS CAUSE having come before the Court on the Stipulation Dismissing Defendant Drug Towne With Prejudice and Plaintiffs' Voluntary Withdrawal Of Motion To Remand As Moot, the Court having reviewed the file and being otherwise advised in the premises, it is

ORDERED AND ADJUDGED that all claims asserted or which could have been asserted in the action are hereby dismissed with prejudice as to Defendant, Drug Town d/b/a Save-A-Lot

FILED ______
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Pharmacies, Inc. Because Plaintiffs concede that they are seeking damages in an amount exceeding $75,000, Plaintiffs' Motion to Remand is therefore moot and has been voluntarily withdrawn.

Michael J. Davis
United States District Judge

May 9, 2002

Copies to counsel on attached service list

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

**In re: BAYCOL PRODUCTS LITIGATION** **MDL No. 1431 (MJD/JGL)**

---

**This Document Relates to:**

**SEYMOUR ZAWADA and YOLANA ZAWADA,** **Case No. 02-147-MJD**

**Plaintiffs,**

**vs.**

**BAYER CORPORATION, A Foreign Corporation and DRUG TOWNE d/b/a SAVE-A-LOT PHARMACIES, INC., A Florida Corporation,**

**Defendants.**

---

**STIPULATION DISMISSING DEFENDANT DRUG TOWNE WITH PREJUDICE, PLAINTIFFS' VOLUNTARY WITHDRAWAL OF MOTION TO REMAND AS MOOT AND ORDER OF APPROVAL**

IT IS HEREBY STIPULATED AND AGREED by and between the undersigned that the Plaintiffs have agreed to dismiss with prejudice Defendant, Drug Town d/b/a Save-A-Lot Pharmacies, Inc., from this action. Further, Plaintiffs concede that because they are seeking damages in an amount exceeding $75,000, Plaintiffs' Motion to Remand is moot and therefore is voluntarily withdrawn.

Dated: May 8, 2002

Giovanni Nicosia, P.A.
8100 North University Drive, Suite 102
Fort Lauderdale, Florida 33321-1717

By: ______________________________
______________________________
Florida Bar No.______________

STEEL HECTOR & DAVIS LLP
777 South Flagler Drive
1900 Phillips Point West
West Palm Beach, FL 33401

By: [signature] /FOR BARBARA B. LITTEN FBN 0091642
Patricia E. Lowry
Florida Bar No. 332569